**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
___HOT SPRINGS___ **DIVISION**

**FILED**
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS

Jun 28, 2024

OFFICE OF THE CLERK

EVIS D. NELSON

(Enter above the full name of the Plaintiff
in this action.)

Prisoner ID No. ___100426___
(Do Not Put Your Social Security Number)

V.                                    CASE NO. ___6:24-cv-06089___

KEllu AUNSPAUgh
APrN V. STTICKLANO
DANA HAYNES

(Enter above the full name of the Defendant,
or Defendants, in this action.)

I.    **Previous Lawsuits**

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____          No __X__

B.    If your answer to A is yes, describe each lawsuit in the space below including the <u>exact Plaintiff name or alias used.</u> (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.    Parties to previous lawsuit

Plaintiffs: _____

Defendants: _____

_____

2.    Court (if federal court, name the district; if state, name the county):

_____

3.    Docket number: _____

4.    Name of judge to whom case was assigned: _____

5.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6.    Approximate date of filing lawsuit: _____

7.    Approximate date of disposition: _____

(Revised 04/2015)

-1-

II.     Place of Present Confinement: _OMEGA UNIT_

_104 WALCO LANE_

III.    There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. **Failure to complete the grievance procedure may affect your case in federal court.**

A.      Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

Yes __✓__                No _____

B.      If your answer is YES, attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.** If copies are not available, list the number assigned to the grievance(s) and the approximate date it was presented.

C.      If your answer is NO, explain why not: _____

_____

_____

IV.     Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A.      Your Full Name: _EVIS DAN NELSON_

Address: _2405 CRESTVIEW LN._

_BATLING AR. 72923_

(In Item B below, place the <u>full</u> name of the Defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

Do Not List Witnesses.

You may not name the jail as a Defendant. The jail is a building and cannot be sued.

B. Read carefully and fill out all information sought.

<u>1. Defendant #1</u>

Full Name: _KELLY AUNSPAUGH_

Position: _RN._

Place of Employment: _OMEGA UNIT_

Address: _104 WALCO LAIN_

_MALVERN AR. 72104_

-2-

2. **Defendant #2**

Full Name: V. STRICKLAND

Position: APRN - HEAD NURSE

Place of Employment: OMEGA UNIT

Address: 104 WALCO LANE

MALVERN AR. 72104

3. **Defendant #3**

Full Name: DANA HAYNES

Position: MEDICAL SERVICE MANAGER.

Place of Employment: OMEGA UNIT

Address: 104 WALCO LANE

MALVERN AR. 72104

4. **Defendant #4**

Full Name: J. GARNER

Position: ADC DOCTOR

Place of Employment: WELLPATH - ADC

Address: 104 WALCO LANE

MALVERN, Arkansas

5. **Defendant #5**

Full Name: _____

Position: _____

Place of Employment: _____

Address: _____

_____

6. **Defendant #6**

Full Name: _____

Position: _____

Place of Employment: _____

Address: _____

_____

V.  At the time of the alleged incident(s), were you:
(check the appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges
✓ serving a sentence as a result of a judgment of conviction
_____ in jail for other reasons (*e.g.*, alleged probation violation, etc.)

Explain: INCARCERED FOR DOMESTIC BATTERY 3RD DEGREE

Please provide the date of your conviction or probation or parole revocation:

4/10/24

VI.  Statement of Claim

State every ground on which you claim that one or more of the Defendants violated your federal constitutional rights. For example, if you have an excessive force claim and a denial of medical care claim, you must fill out a separate section for each different claim. This section should be limited to the facts of your claim.

With respect to each claim, briefly describe the actions taken by each Defendant who you believe was involved in violating your rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. (Use as much space as you need. Attach extra sheets if necessary.)

Claim Number # 1:

Type of Claim (for example: excessive force, denial of medical care, etc.):

DENIAL OF MEDICAL CARE
Condition's of Confindment

Date of the Occurrence: 4/29/24

Name of each Defendant involved: KELLY AVNSPAUGH, V STrick LAND DANA HAYNES

(A) With respect to Defendant (Name) V. STRICKLAND , describe the acts or omissions of this Defendant that form the basis for claim #1 and any harm caused by it.

VERbAlly TOlD ME ThaT I WOUlD NOT BE AblE TO SEE my CAreGiver NOr WAS I ON ThE DOCTORS LIST TO SEE ThE ADC DOCTOr AT All.

-4-

I ATTEMPTED TO SHOW HER MY PAPERWORK THAT I HAD FROM MERCY HOSPITAL FT SMITH AT YET SHE REFUSED TO HONOR OF MAILE COPIES

**Are you suing this Defendant in his or her: (check the appropriate blank)**

✓ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

_____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

✓ both official and personal capacity

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

DENIAL OF MEDICAL TREATMENT AND REFUSAL to PLACE ME ON THE ADC's DOCTORS LIST to RECIEVE TAIL BONE SURGERE!

**(B) With respect to Defendant (Name)** Kelly AUSPhACELL **, describe the acts or omissions of this Defendant that form the basis for claim #1 and any harm caused by it.**

DENIAL OF MEDICAL TREATMENT CARE By V. "STRICKLAND AND REFUSAL to PLACE ME ON THE DOCTORS LIST to See ADC DOCTOR WHAT-SO-EVER By V STRICKLAND DENIED MY COMPLAINT NOT PLACED ME ON THE LIST to See MAIN ADC PhysiCHIAN

**Are you suing this Defendant in his or her: (check the appropriate blank)**

_____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

_____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

✓ both official and personal capacity

-5-

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

DENIAL OF MEDICAL CARE / CONDITIONS OF CONFINDMENT.

**(C) With respect to Defendant (Name)** DANA HAYNES **, describe the acts or omissions of this Defendant that form the basis for claim #1 and any harm caused by it.**

DENIED MY GRIEVIENCE AS AN EMERGENCY AND SET RESPONCE DATE PAST MY SUREEFY DATE

**Are you suing this Defendant in his or her: (check the appropriate blank)**

____    **official capacity only** (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

____    **personal capacity only** (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

__✓__   **both official and personal capacity**

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

DENIEL OF MEDICAL CARE CONDITIONS OF CONFINDMENT

-6-

**If you are asserting an official capacity claim,** please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____

_____

_____

_____

_____

_____

## VII.    Relief

If you are seeking to recover damages from the named Defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:

✓    Compensatory damages (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

✓    Punitive damages (designed to punish a Defendant for engaging in misconduct and deter a Defendant and others from engaging in such misconduct in the future)

State briefly below any other relief you are seeking in this action.  Make no legal arguments.  Cite no cases or statutes.

UNNESSASY PAIN & SUFFERING

MEDICAL NEGLECT

reFUSAL to PLACE ME ON THE LIST to

See PhyciBIAN

_____

_____

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this ___6___ day of ___JUNE___ , 20_24_

EVIS DAN NELSON
**Printed Name of Plaintiff**

Eris D. Nelson
**Signature of Plaintiff**

-17-

# ACKNOWLEDGEMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

**TO:**   Inmate Nelson, Evis D.          **ADC#:**   100426D
**FROM:** Laginja, Christopher         **TITLE:**   CCC Treatment Counselor
**DATE:** 06/06/2024                    **GRIEVANCE #:** OM-24-00277

Please be advised, I have received your Grievance dated 06/01/2024 on 06/03/2024.
You should receive communication regarding the Grievance by 07/01/2024

SIGNATURE OF CCC TREATMENT COUNSELOR

*Signature* ADC   ☑

CHRISTOPHER LAGINJA, CCC TREATMENT COUNSELOR
JUN 6, 2024 15:18:11 CDT

## CHECK ONE OF THE FOLLOWING

○ This Grievance will be addressed by the Warden/Center Supervisor or designee.
○ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
○ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
○ This Grievance has been determined to be an emergency situation, as you so indicated.

◉ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
○ This Grievance was REJECTED because it was either non-grievable (   ), untimely, was a duplicate of , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. If you do not receive communication regarding your grievance by the date listed above, you may move to the next level of the process. To do so, indicate in the Inmate's Appeal Section below that you did not receive a response and mail it to the appropriate Chief Deputy/Deputy/Assistant Director within five working days. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

INMATE SIGNATURE

If appealing a rejection, please include both the Unit Level Grievance Form (Attachment I) and the Rejection (Attachment II)

# ACKNOWLEDGEMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

Attachment II
00

| | | | |
|---|---|---|---|
| **TO:** | Inmate Nelson, Evis D. | **ADC#:** | 100426D |
| **FROM:** | Laginja, Christopher | **TITLE:** | CCC Treatment Counselor |
| **DATE:** | 05/30/2024 | **GRIEVANCE #:** | OM-24-00256 |

Please be advised, I have received your Grievance dated 05/27/2024 on 05/28/2024.
You should receive communication regarding the Grievance by 06/25/2024

SIGNATURE OF CCC TREATMENT COUNSELOR

 ☑

CHRISTOPHER LAGINJA, CCC TREATMENT COUNSELOR
MAY 30, 2024 16:01:39 CDT

## CHECK ONE OF THE FOLLOWING

◯ This Grievance will be addressed by the Warden/Center Supervisor or designee.

◯ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

◯ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

☐ This Grievance has been determined to be an emergency situation, as you so indicated.

◉ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

◯ This Grievance was REJECTED because it was either non-grievable (    ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. If you do not receive communication regarding your grievance by the date listed above, you may move to the next level of the process. To do so, indicate in the Inmate's Appeal Section below that you did not receive a response and mail it to the appropriate Chief Deputy/Deputy/Assistant Director within five working days. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

INMATE SIGNATURE

If appealing a rejection, please include both the Unit Level Grievance Form (Attachment I) and the Rejection (Attachment II)

**Chandra Horton**

| | |
|---|---|
| **From:** | Chandra Horton |
| **Sent:** | Wednesday, April 10, 2024 3:22 PM |
| **To:** | William Dumas |
| **Subject:** | RE: Evis Nelson; Medical Documentation |

Evis Nelson's brother (Ernest Nelson) also called and advised Evis Nelson's surgery was scheduled for June 12th at 11:30 at Hiland Oncology in Springdale. Angie at 479-313-6877 is a good point of contact to confirm. I have not seen any documentation but wanted to pass this information along.

**From:** William Dumas <wdumas@co.sebastian.ar.us>
**Sent:** Wednesday, April 10, 2024 11:44 AM
**To:** Chandra Horton <chorton@co.sebastian.ar.us>
**Subject:** RE: Evis Nelson; Medical Documentation

Thank you for letting me know.

William Dumas
Jail Administrator
479 783-4988

**From:** Chandra Horton <chorton@co.sebastian.ar.us>
**Sent:** Wednesday, April 10, 2024 8:00 AM
**To:** William Dumas <wdumas@co.sebastian.ar.us>
**Subject:** Evis Nelson; Medical Documentation

Good morning,

I represent Mr. Evis Nelson who I intend to plea to his last outstanding charge today. Mr. Nelson has already been sentenced to ADC time and informed me that he currently has medical issues with his tailbone that may require surgery – please see enclosed medical documentation. Ms. Scherry suggested I forward Mr. Nelson's medical documentation to our detention center.

Sincerely,

**Chandra Horton**
**Deputy Public Defender**
479-785-2326 – Phone
479-784-1504 – Fax
chorton@co.sebastian.ar.us

Sebastian County Public Defender
40 South 4th Street
Fort Smith, AR 72901

1

**Chandra Horton**

| | |
|---|---|
| **From:** | Chandra Horton |
| **Sent:** | Wednesday, April 10, 2024 8:00 AM |
| **To:** | William Dumas |
| **Subject:** | Evis Nelson; Medical Documentation |
| **Attachments:** | 1.4.24 FTA Proof Evis Nelson.pdf |

Good morning,

I represent Mr. Evis Nelson who I intend to plea to his last outstanding charge today. Mr. Nelson has already been sentenced to ADC time and informed me that he currently has medical issues with his tailbone that may require surgery – please see enclosed medical documentation. Ms. Scherry suggested I forward Mr. Nelson's medical documentation to our detention center.

Sincerely,

**Chandra Horton**
**Deputy Public Defender**
479-785-2326 – Phone
479-784-1504 – Fax
chorton@co.sebastian.ar.us


Sebastian County Public Defender
40 South 4th Street
Fort Smith, AR 72901

1

# HIGHLANDS
ONCOLOGY

Medical Oncology / Radiation Oncology / Surgical Oncology

3901 Parkway Circle, Springdale, AR 72762
3232 N. North Hills Blvd., Fayetteville, AR 72703
808 S. 52nd Street, Rogers, AR 72758
639 Hospital Drive, Mountain Home, AR 72653
Phone: 479-587-1700 Fax: 479-587-1366

Patient Name: **NELSON, EVIS**                    Date: **4/10/2024**

Patient Number: **154553**                         Date Of Birth: **7/16/1968**

Hi Evis,

Your appointment with Dr. Rogers is scheduled for: June 12th at 11:30 a.m.

Attached to this email is the paperwork you will need to fill out prior to your appointment. You can either email it back to me at my email address below or bring it with you to your appointment.

If you are unable to send or print the paperwork, please arrive an hour early to your appointment where the paperwork will be provided to you in person.

**\*\*PLEASE NOTE: IF YOUR PAPERWORK IS NOT COMPLETED AT TIME OF APPOINTMENT, YOU MAY BE RESCHEDULED\*\***

Your insurance copay is due at the time of your appointment.

We are located on the 5th floor of the Highlands Springdale Campus at 3901 Parkway Circle, Springdale, AR 72762

**\*\*Highlands Visitor Policy: Only 1 visitor per patient, no one under 18 permitted\*\***

Please call our office at 479-316-7746 if you have any questions.

Thank you,

**Angie Patterson**
**Intake Coordinator - Dr. Rogers**
**Highlands Oncology**
**479.313.6877**
**anpatterson@hogonc.com**

Electronically signed By: Angelita Patterson on 4/10/2024 at 9:42 AM

# REQUEST FOR INTERVIEW

THE RICHARDS

Date: 6/7/24

Time: _____

1 MEDICAL ONO COLOEY
3901 PARKWAY CIRCLE
FAYETTEVILLE, AR.
72723
(479) 587-1700
FAX (479) 587-1366

TO: ATO

OFFICE: Mrs. Morrow

FROM: Evis D. Nelson
(Resident's Name)

ADC#: 100426

JOB ASSIGNMENT: —

SUPERVISOR: —

WORKING HOURS: — TO —

BKS: 6

**Give a detailed reason for the interview:**

This is Mr. Evis Nelson. I writting in requards to my Surgery Appointment. That was scheduled for 4-10-24 @ 11:44 A.m Ive been totally ignored not to my knowledge have I been placed on the Dr's List to have this problem addressed. Ive been totally ignored not have my grievences been addressed can u please help me in requards to this issue! I'm in great pain please help!

Can this be handled at the Residential Supervisor's level or Counselors Level: YES ___ NO X If No, Why?

Already addressed this issue yet told that I was not going to be placed on Drs. List to address this issue at all!

Mr. Evis D. Nelson
**Resident's Signature**

**Staff Signature**

## ACTION TAKEN

**Staff Signature**

**Date**

NOTE: ALL REQUESTS FOR INTERVIEW SLIPS MUST BE DROPPED IN THE REQUEST FOR INTERVIEW BOX.

CC: Resident's File
     File

3RD COMPLAINT 585

**Omega Center**
# REQUEST FOR INTERVIEW

Date: 6/07/24                              Time: _____

TO: ATO                                   OFFICE: Mrs. Morrow

FROM: Evis D. Nelson                      ADC#: 100426
      (Resident's Name)

JOB ASSIGNMENT: ___—___                   SUPERVISOR: _____

WORKING HOURS: __—__ TO __—__             BKS: 6

Give a detailed reason for the interview:

This is Mr. Evis Nelson I'm writing in regards to my oncology
appointment that was scheduled for 4/10/24 @ 11:44 am I've been totally
ignored by staff to acknowledge this appointment or to be placed on DV's list
to have this problem addressed not have my grievences been addressed by
a ADC staff or medical staff @ wellpath medical I'm in great pain
yet no one is willing to help me address this issue

Can this be handled at the Residential Supervisor's level or Counselors Level: YES____ NO _X_ If No, Why?

Already consulted medical staff about issue yet no one willing to help me!

_Evis D. Nelson_
**Resident's Signature**                                      **Staff Signature**

## ACTION TAKEN

Your grievances are being processed. We met earlier today regarding
this.

_6/12/24 C Jay_                            _6/12/24_
**Staff Signature**                        **Date**

NOTE:  ALL REQUESTS FOR INTERVIEW SLIPS MUST BE DROPPED IN THE REQUEST FOR
       INTERVIEW BOX.

CC:  Resident's File
     File

Omega Center

## REQUEST FOR INTERVIEW

Date: 6/11/24

Time: _____

TO: MRS WOODS

OFFICE: Fiances

FROM: Euis D. Nelson
(Resident's Name)

ADC#: 100426

JOB ASSIGNMENT: _____

SUPERVISOR: _____

WORKING HOURS: _____ TO _____

BKS: 6

Give a detailed reason for the interview:

I Aplorze to You I HAD The certificate of Inmate's
Account Attached to Previous request Here's Another
one I I Aplorze for the inconvience

Thank You!

Can this be handled at the Residential Supervisor's level or Counselors Level: YES_____ NO X If No, Why?

Only A certificate of fiance's

Eris D. Nelson
Resident's Signature

Staff Signature

### ACTION TAKEN

form complete

Stephens
Staff Signature

6/11/24
Date

NOTE:  ALL REQUESTS FOR INTERVIEW SLIPS MUST BE DROPPED IN THE REQUEST FOR
INTERVIEW BOX.

CC:  Resident's File
      File



**Arkansas Community Correction**

**COMPLAINT FORM FOR RESIDENTS**

Resident Name: EVIS D. NELSON

ACC#: N00426

Date: 6/12/24

Unit Assignment: OMEGA TECH VIOLATERS

Job Assignment: —

A resident must first attempt to informally resolve complaints, grievances, problems, or incidents by submitting a "Complaint Form for Residents" or discussing the matter with an appropriate person such as a counselor, the Residential Supervisor assigned to his/her housing area, or the Shift Supervisor on duty. Note this step is NOT required for emergency grievances and allegations of sexual abuse; the Resident Grievance and Appeal Process policy addresses these situations.

**Describe the Problem. If appropriate include a recommended solution:**

Im filing This DUE to Mrs. WOOD's AT OMEGA UNIT NOT being IN A Timely manner IN REEGARD's to my FINANTIAL STATEMENT ThAT I SubmiTTED oN 5/28/24 Yet She SAY's She did NOT RECIEVE The STATEMENT FORM YEt it WAS ATTATCHED & I've RESENT OuT AnoTheR Form oN 6/10/24 & TODAY is 6/12/24 This is Why My PAPERWORK is NOT IN A Timely manner.

Signature of Resident: Evis D. Nelson

Date: 6/12/24

**RESPONSE FROM STAFF / MEDICAL**

Date Received: 06/13/2024

Date Resident was Seen:

Printed Name of Staff / Medical: Woods

**Response / Action Taken:**

Per the attached copy of your Request for Interview, Ms. Stephens completed and returned the Certificate of Inmate Account form on June 11th, 2024. I, Ms. Woods, have not received or completed any financial forms for you as Ms. Stephens assisted you.

**RESIDENT'S ASSESSMENT / RESPONSE**

☐ My complaint has been resolved and/or, I no longer want to pursue this matter.

☑ My complaint has NOT been resolved and I want to pursue this matter (options include submitting a grievance)

Resident's Signature: Evis W. Nelson

Date Signed: 6/13/24

Staff/Medical: Send response to the ARO within 5 business days
Copy: Resident

AD 15-08



## Arkansas Community Correction

### COMPLAINT FORM FOR RESIDENTS

EVIS D. NELSON
**Resident Name**

100426
**ACC #**

6/12/24
**Date**

OMEEGA UNIT
**Unit Assignment**

—
**Job Assignment**

A resident must first attempt to informally resolve complaints, grievances, problems, or incidents by submitting a "Complaint Form for Residents" or discussing the matter with an appropriate person such as a counselor, the Residential Supervisor assigned to his/her housing area, or the Shift Supervisor on duty. Note this step is NOT required for emergency grievances and allegations of sexual abuse; the Resident Grievance and Appeal Process policy addresses these situations.

**Describe the Problem. If appropriate include a recommended solution:**

I'VE Submitted All my GRIEVIENCES/complaints IN A TIMly MANNEr to MrS. MorrOW YET She's SAID 2 BE ON MATURNITY LEAVE I'VE HAD to DEAL with Chaplin WRittie Filling iN For HEr NOW NONE OF my LAWSUITE/PAPErWORK THAT PErTAIN'S to my 1983 Form is NOT being PROCESSED IN THE PROPEr TIME ly manner This is 6/12/24 my Formal GrIEVIENCE IS NOT being rETURNED to ME IN A TImEly manner! So I'm Recording my DelAy IN mY 1983. NoT being PROCESSED ACCordingly!

Evis D. Nelson
**Signature of Resident**

6/12/24
**Date**

### ARKANSAS STATE OF MEDICAL

6/12/24
**Date Received**

6/13/24
**Date Resident was Seen**

C. Laghla
**Printed Name of Staff / Medical**

**Response / Action Taken:**

Met with Offender Nelson on 6/12/24 te provide copies of his grievance and acknowledgement that his grievance is being reviewed by the Well Path Regional Manager.

### RESIDENT'S ASSESSMENT & RESPONSE

☐ My complaint has been resolved and/or, I no longer want to pursue this matter.

☑ My complaint has NOT been resolved and I want to pursue this matter (options include submitting a grievance)

Evis nelson
**Resident's Signature**

6/13/24
**Date Signed**

Staff/Medical: Send response to the ARO within 5 business days
Copy: Resident

AD 15-08

6/12/24

Complaint for Sent / Request 756
Sent 4/8/24

## Arkansas Community Correction
### COMPLAINT FORM FOR RESIDENTS

Mr. Evis D. Nelson _____ 100426 _____ 4/28/24
Resident Name                  ACC#                Date

TVP Omega Unit _____ Resident! _____
Unit Assignment                Job Assignment

A resident must first attempt to informally resolve complaints, grievances, problems, or incidents by submitting a "Complaint Form for Residents" or discussing the matter with an appropriate person such as a counselor, the Residential Supervisor assigned to his/her housing area, or the Shift Supervisor on duty. Note this step is NOT required for emergency grievances and allegations of sexual abuse; the Resident Grievance and Appeal Process policy addresses these situations.

**Describe the Problem. If appropriate include a recommended solution:**

On 4/18/24 sent request to center supervisor for a resolution for pain meds due to fractured tail bone issue. I'm asking medical for something stronger than Tylenol for excruciating pain & discomfort yet medical is only willing to give Tylenol. Pain is ungateable. Sitting & or laing on metal surfaces request me stronger pain med & tarv infamary pain denied

Evis D. Nelson _____ 4/19/24
Signature of Resident                              Date

### RESPONSE BY STAFF OR MEDICAL

3:45 am _____ 4/28/24 _____ Kelly Aunspaugh RN HSA
Date Received    Date Resident was Seen    Printed Name of Staff / Medical

04·29·24 _____ 04·29·24
Response / Action Taken:

You are being provided care by our own on site providers. If they see that you need advanced care they will make the arrangements. )

### RESIDENT'S ASSESSMENT & RESPONSE

☐ My complaint has been resolved and/or, I no longer want to pursue this matter.

☒ My complaint has NOT been resolved and I want to pursue this matter (options include submitting a grievance)

Evis D. Nelson
Resident's Signature
4·29·24
Date Signed

Staff/Medical: Send response to the ARO within 5 business days
Copy: Resident

AD 15-08


ARO received
4-29-24

2nd Complaint
Grievance

No

**Arkansas Community Correction**

**COMPLAINT FORM FOR RESIDENTS**

_____      _____      _____
Resident Name                ACC #          Date

(6)

_____
Unit Assignment              Job Assignment

A resident must first attempt to informally resolve complaints, grievances, problems, or incidents by submitting a "Complaint Form for Residents" or discussing the matter with an appropriate person such as a counselor, the Residential Supervisor assigned to his/her housing area, or the Shift Supervisor on duty. Note, this step is NOT required for emergency grievances and allegations of sexual abuse; the Resident Grievance and Appeal Process policy addresses these situations.

**Describe the Problem. If appropriate include a recommended solution:**

I'm being denied medical assistance by staff at SWCCC

_____
Signature of Resident                              Date

**RESPONSE BY STAFF OR MEDICAL**

05.13.24          05.15.24          Kelly Aunspaugh, RN HSA
Date Received      Date Resident was Seen      Printed Name of Staff / Medical

Response / Action Taken:

You were seen by the provider on 05/26/24 and antibiotics were prescribed. Those antibiotics were given to you when the arrived to keep on person. You have been seen by 2 different providers, of which neither have requested you be scheduled for surgery as they are treating you here.

**RESIDENT'S ASSESSMENT & RESPONSE**

☑ My complaint has been resolved and/or, I no longer want to pursue this matter.

☐ My complaint has NOT been resolved and I want to pursue this matter (options include submitting a grievance)

_____
Resident's Signature

5/15/24
Date Signed

Staff/Medical: Send response to the ARO within 5 business days
Copy: Resident

AD 15-08

ARO received
5-13-24

## Arkansas Community Correction
### COMPLAINT FORM FOR RESIDENTS

Resident Name: Evis Nelson.

ACC #: 100426

Date: 5-16-24

Unit Assignment: Omega Bks6

Job Assignment: NA

A resident must first attempt to informally resolve complaints, grievances, problems, or incidents by submitting a "Complaint Form for Residents" or discussing the matter with an appropriate person such as a counselor, the Residential Supervisor assigned to his/her housing area, or the Shift Supervisor on duty. Note, this step is NOT required for emergency grievances and allegations of sexual abuse; the Resident Grievance and Appeal Process policy addresses these situations.

**Describe the Problem. If appropriate include a recommended solution:**

On 5-15-24 I went to medical about my upcoming surgery of my tailbone on 06-12-24 @ 11:30 Am in Springdale and I was told that A.D.C. will not honor this important surgery, that I would have to use the A.D.C. Providers. I was informed I was not on any list for surgery. Due to medical indifference I am concerned about my ongoing medical need to resolve this. Thank you.

Signature of Resident: Evis Nelson

Date: 5-16-24

### RESPONSIBLE STAFF OR MEDICAL

Date Received: 05.17.24

Date Resident was Seen: 05.22.24

Printed Name of Staff / Medical: Kelly Aunspaugh RN HSA

**Response / Action Taken:**

You are being seen and followed by our onsite providers. Due to security reason we do not utilize personal providers in the outside of the unit. If one of our providers deem that you are experiencing a serious medical condition they will take the appropiate steps to send you to a specialist.

### RESIDENT'S ASSESSMENT & RESPONSE

☐ My complaint has been resolved and/or, I no longer want to pursue this matter.

☑ My complaint has NOT been resolved and I want to pursue this matter (options include submitting a grievance)

Resident's Signature

Date Signed: 05.22.24

Staff/Medical: Send response to the ARO within 5 business days
Copy: Resident

AD 15-08

5/17/24

RECEIPT FOR EMERGENCY SITUATIONS (To be completed by the Receiving Officer or Employee)

Staff Name (Print): _Cpl. C. Lamkins_     From (Resident's Name): _Elis Nelson_

Date: _06/02/2024_     Time: _1118 hrs._     _Cpl. C. Lankm_
                                             Signature of Receiving Staff Person

AD 15-08

Arkansas Community Correction
GRIEVANCE FORM FOR RESIDENTS

For ARO/Staff Use:
# OM-24-00277    6/3/24
Date Received (by ARO/Staff)

Name: Euis Nelson
Print Resident's Name
ACC Number: 100426  Center: Omega

Housing Assignment: 6 brks    Job Assignment: N/A

Have you discussed this problem with a counselor or the Residential Supervisor assigned to your housing area or the Shift Supervisor on duty or attempted an informal resolution by submitting the "Complaint Form for Residents"? ☒ YES ☐ NO ☐ N/A If so, attach that document or provide an explanation below. Note, if you are submitting a grievance about sexual abuse, or filing this as an emergency grievance, you are NOT required to discuss this with anyone beforehand and you are NOT required to first use the "Complaint Form for Residents." Also, if you are concerned that the normal submission method will result in an accused person seeing this, you may submit this to another staff member.

Describe the problem: I'm writing this on account of a previous grievance that I wrote early last week about the medical neglect toward me. I have not recieved a response within a week. This is an important issue.

How can this situation be resolved? My apointment was June 12 at 11:30Am at Highland Oncology in Springdale ark. I'm not on a list for surgery. I don't know why I'm being ignored

Evis W. Nelson
Signature of Resident

6-01-24
Date

IS THIS AN EMERGENCY SITUATION? ☒ YES ☐ NO
An emergency situation is one in which you may be subject to a substantial risk of physical harm. It should not be declared for ordinary problems that are not of a serious nature.

IF YES, WHY? (PROVIDE EXPLANATION): This is AN ongoing ProbleM I'Ve Sent in NUMerous complaints / Grievence's And I'm still being ignored!

If you marked YES, you may give this completed form to any officer or department employee, who will sign the attached Emergency Receipt, give you the Receipt, and deliver the form without undue delay to the Grievance Officer, ARO, Center Supervisor, or, in their absence, the Assistant Center Supervisor; however, if the grievance alleges a substantial risk of imminent sexual abuse, it must be immediately forwarded by the person receiving it or the Grievance Officer to the Center Supervisor, Deputy Director of Residential Services, and Internal Affairs Administrator.

REPRISALS: IF YOU ARE HARMED OR THREATENED BECAUSE OF YOUR USE OF THE GRIEVANCE FORM, REPORT IT IMMEDIATELY TO THE CENTER SUPERVISOR.

_____

**Resident's Signature**                                      **Staff Signature**

**ACTION TAKEN**

_____

_____

_____

_____

_____

_____

_____

**Staff Signature**                          **Date**

**NOTE:  ALL REQUESTS FOR INTERVIEW SLIPS MUST BE DROPPED IN THE REQUEST FOR
         INTERVIEW BOX.**

CC:  Resident's File
     File

If WE EVET LOOSE
TOUCH you

CAN REACH ME @     (Aunt)
(ErnestNelsonBro's #) ↓ @ ↓ JETliNE LEWis
1-479-719-5186   or (479) 561-2818

or

2405 CRESTVIEW LN
BATling, Ar

72923

THANK You!

Eric D. Nelson
#100426

...re     **Staff Signature**

**ACTION TAKEN**

_____

_____

_____

_____

_____

_____

_____

**Staff Signature**       **Date**

NOTE: ALL REQUESTS FOR INTERVIEW SLIPS MUST BE DROPPED IN THE REQUEST FOR INTERVIEW BOX.

CC: Resident's File
     File

NURSE V. STTICKLAND @ WELLPATH MEDICAL @ OMEGA TECH Violater's unit upon seeing N/A STRICKLAND for stomache pain stemming from 4-30 Day supply of TYlenoy 3 23mg I've experexed upset stomache Burning pain & NAUSEA from Taking the TYLENOL. I explain 2 NURSE STTICKLAND) my pain & what I thought the cause may Be Also Ted Tipt Thought to Be Blood from TYlenole. I'm being Denied my Surgery APP @ Highland's 3nocology 3901 Parkway Circle Springdale AT with Dr. ropers 6/12/24 @ 11:30 AM By V. STTICKLAND I've MADe numerous complaints @ worked the grievience process yet still being denied my medical surgery By staff @ wellpath / omega Tech violater's. This in my opinion is medical indifference in my opinion unnessary pain suffering & outright neglect on the part of ADC / wellpath therefore I'm lodging this complaint of medical indiffrence due to neglect on part of wellpath / V. STTucklland on This 6/17/24 This left me no choice But to file This Complaint

MEDICAL INDQFFERENCE
By STAFF @ OMEGA
                      unit
6/16/24  Eis W. Nelso

Date: _____                    Time: _____

TO: _____          OFFICE: _____

FROM: _____                   ADC#: _____
          (Resident's Name)

JOB ASSIGNMENT: _____     SUPERVISOR: _____

WORKING HOURS: _____ TO _____      BKS: _____

Give a detailed reason for the interview:

_____

_____

_____

_____

_____

Can this be handled at the Residential Supervisor's level or Counselors Level: YES____ NO____ If No, Why?

_____

_____

MRS STICKLAND

MON 6/10/24 WENT 2 SICK-CALL & WAS TOLD IN MORE WAY'S THAN 1 THAT I WAS NOT GOING to BE PLACED ON THE LIST 2 GO 2 MY SURGERY APPOINTMENT & THAT ID HAVE TO FOLLOW UP WITH IT ON MY OWN AFTER MY RELEASE SO M. STICKLAND will PERSCRIBE ME A DIFFERENT MEDICATION BECAUSE TYNOEL WAS IRRITATING MY STOMACH. SO THERE FORE Im GOING 2 CONTINUE ON WITH MY LAWSUITE. @ ONCE SHE HAS IN MY OPINION BLUNTLY LET ME KNOW THAT I WOULD NOT BE PLACED ON ANY DOCTOR'S LIST & THAT THEY ARE GIVING ME MEDICATION TO MAKE ME COMFORTABLE WHILE IM IN CO. CREATED TO FOLLOW UP WITH MY DOCTOR UPON MY RELEASE THERE-FORE THIS IS WHY IM BASING MY LAWSUITE

Resident's Signature                                                    Staff Signature

ACTION TAKEN

_____

_____

_____

_____

_____

_____

_____

_____

Staff Signature                                    Date

NOTE:  ALL REQUESTS FOR INTERVIEW SLIPS MUST BE DROPPED IN THE REQUEST FOR
          INTERVIEW BOX.

CC:  Resident's File
       File

I SubmiTTED A GrIEvIENCE ON PAPER @ INTO KOISK - MEDICAL COMPLAINT ON WELLPATH / V. STRICKLAND For MEDICAL INDEFFRENCE DUE TO NOT TAKING ME 2 MY ONOCOLOGY APP @ STOMACHE PAIN & RED TINT IN URINE DUE 2 TYELNOL- Lodeg) A COMPLAINT ON PAPER & INTO KIOSK For

MEDICAL INDIFFRENCE

By WELLPATH / V. STRICKLAND

6, /16, 24

ym. Eric D. Nelson

#100426

RECEIPT FOR EMERGENCY SITUATIONS (To be completed by the Receiving Officer or Employee)

Staff Name (Print): _Cpl. C. Lamkins_     From (Resident's Name): _Eyis Nelson_

Date: _06/02/2024_     Time: _1118 hrs._     _Cpl. C. Lankun_
Signature of Receiving Staff Person

AD 15-08

EVIS D. NELSON   100426
104 Walco LN
MalverN AR 72104-6793

Legal
Mail

Originating from a
Correctional Facility

SHerry GilberTsoN
Pro Se Law Clerk
35 EasT MounTaiN ST, SuiTe 510
FayeTTeville AR 72701