**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**EVIS D. NELSON**                                                                                      **PLAINTIFF**

**v.**                                        **Civil No. 6:24-CV-06089-SOH-CDC**

**NURSE KELLY AUNSPAUGH;**
**APRN V. STRICKLAND; DANA HAYNES;**
**WELLPATH LLC**                                                                                    **DEFENDANTS**

**ANSWER TO AMENDED COMPLAINT**

Come now the Separate Defendants, Wellpath, LLC, Kelly Aunspaugh, Virginia Strickland and Dana Haynes, by and through their attorneys, Hardin, Jesson & Terry, PLC, and for their Answer to the Amended Complaint of the Plaintiff state:

1.      In response to the allegations contained in Paragraph I of Plaintiff's Amended Complaint, Defendants admit that Plaintiff is an inmate at the Omega Unit of the Arkansas Department of Corrections.

2.      Defendants lack sufficient information to form a belief as to the truth or accuracy of allegations contained in Paragraph II of Plaintiff's Amended Complaint, and therefore no response is required of Defendants to said allegations.  To the extent a response is required, the allegations are denied.

3.      In response to the allegations contained in Paragraph III of Plaintiff's Amended Complaint, Kelly Aunspaugh and Dana Haynes state that they are administrators; Virginia Strickland admits that she is a medical provider and provided care to inmates at the Omega Unit; Wellpath, LLC admits that it employs medical care providers.  The remaining allegations contained in Paragraph III of Plaintiff's Amended Complaint are directed towards other

1

Defendants and therefore no response is required; to the extent a response is deemed required the allegations are denied, as written.

4.    In response to the allegations contained in Paragraph IV, Claim 1 of Plaintiff's Amended Complaint, Separate Defendants state that the medical and prison records set forth the health information of Plaintiff.  Any statement, contention, allegation or argument set forth in Plaintiff's Paragraph IV, Claim 1 which is contrary to or in conflict with the records are denied generally and specifically.  Separate Defendants deny all allegations, arguments and conclusions set forth in Paragraph IV, Claim 1. Separate Defendants deny that Plaintiff is entitled to any relief.

5.    In response to the allegations contained in Paragraph IV, Claim 2 of Plaintiff's Amended Complaint, Separate Defendants state that the medical and prison records set forth the health information of Plaintiff.  Any statement, contention, allegation or argument set forth in Plaintiff's Paragraph IV, Claim 2 which is contrary to or in conflict with the records are denied generally and specifically.  Separate Defendants deny all allegations, arguments and conclusions set forth in Paragraph IV, Claim 2. Separate Defendants deny that Plaintiff is entitled to any relief.

6.    In response to the allegations contained in Paragraph IV, Claim 3 of Plaintiff's Amended Complaint, Separate Defendants state that the medical and prison records set forth the health information of Plaintiff.  Any statement, contention, allegation or argument set forth in Plaintiff's Paragraph IV, Claim 3 which is contrary to or in conflict with the records are denied generally and specifically.  Separate Defendants deny all allegations, arguments and conclusions set forth in Paragraph IV, Claim 3. Separate Defendants deny that Plaintiff is entitled to any relief.

7.    Defendants deny the allegations contained in Paragraph V of Plaintiff's Amended Complaint.  Defendants deny that Plaintiff is entitled to any relief.

8.      Defendants deny each and every allegation in the Amended Complaint, including factual allegations, that may relate to Defendants.

9.      Defendants deny that they were negligent, or deliberately indifferent, in connection with any medical care or treatment received by Plaintiff.  Defendants assert that all treatment or care provided to Plaintiff was appropriate, reasonable, and met the standard of care required.

10.     Defendants deny that they were deliberately indifferent to the Plaintiff's medical needs while he was detained in the Facility.

11.     Defendants deny being in violation of the Plaintiff's constitutional rights.

12.     Defendants deny generally and specifically each and every material allegation of Plaintiff's Amended Complaint not admitted herein.

13.     Pleading further, and in the affirmative, Defendants assert the defenses of failure to exhaust administrative remedies, failure to comply with the provisions of the Prison Litigation Reform Act, failure to state a claim upon which relief can be granted, statute of limitations, comparative negligence, intervening cause, Act of God, waiver, estoppel, laches and negligence or intentional acts of third parties over whom Defendants exercise no dominion or control as complete and/or partial bars to any recovery by the Plaintiff herein.

14.     Defendants move this Court to dismiss the Plaintiff's Amended Complaint for failure to state a claim upon which relief may be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

15.     Defendants affirmatively state that Plaintiff's claims are barred, in whole or in part, by 42 U.S.C. § 1983.

16.     Defendants deny that Plaintiff is entitled to any relief.

3

17.     Defendants affirmatively assert the right to plead further, including reservation or all affirmative defenses which are required to be pled in the initial pleading and all third party claims, which may be appropriate.

WHEREFORE, Defendants, Wellpath, LLC, Kelly Aunspaugh, Virginia Strickland and Dana Haynes, pray that Plaintiff's Amended Complaint be dismissed, for their costs herein expended, and for all other proper relief to which they may be entitled.

Respectfully submitted,

By:     Kynda Almefty
        Arkansas Bar No. 2004197
        HARDIN, JESSON & TERRY, PLC
        1401 West Capitol Ave, Suite 190
        Little Rock, Arkansas 72201
        Phone: (501) 850-0015
        E-mail: kalmefty@hardinlaw.com

        *Attorney for Separate Defendants*

## CERTIFICATE OF SERVICE

I, Kynda Almefty, one of the attorneys for the Defendants herein, do hereby certify that a true and correct copy of the above and foregoing pleading was filed electronically with the clerk through the CM/ECF system on September 5, 2024 and mailed the foregoing document marked "legal document" by U.S. Postal Service to the following non-CM/ECF participant:

Evis D. Nelson
100426
ADC - DIAGNOSTIC UNIT
103 Walco Lane
Malvern, AR 72104

                                /s/ Kynda Almefty
                                Kynda Almefty

4